PD-0840-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/12/2015 11:06:09 AM
Accepted 1/12/2015 12:40:14 PM
ABEL ACOSTA
CLERK

*Granted to 1/30/15*
*NFE*

*Cheryl Johnson*
*1/13/15*

No. PD-0840-14

# IN THE

# COURT OF CRIMINAL APPEALS

# SITTING AT AUSTIN, TEXAS

---

### KEIONA DASHELLE NOWLIN

*APPELLANT*

V.

### THE STATE OF TEXAS

---

An Appeal of a Conviction in
Cause No. 2011-2523-C1
From the 19th Judicial District Court of
McLennan County, Texas
Tenth Court of Appeals No. 10-12-00239-CR

---

## FIRST MOTION FOR EXTENSION OF TIME

## TO FILE THE STATE'S BRIEF

---

ABELINO "ABEL" REYNA
Criminal District Attorney
McLennan County, Texas

GABRIEL PRICE
Appellate Division
State Bar No. 24068071
219 North 6th Street, Suite 200
Waco, Texas 76701
[Tel.] (254) 757-5084
[Fax] (254) 757-5021
[Email] gabe.price@co.mclennan.tx.us

## TO THE HONORABLE COURT OF CRIMINAL APPEALS

**The State of Texas**, moves for an extension of Thirty (30) Days in which to file its Brief herein, pursuant to Tex. R. App. P. 10.5(b). The State's request is based upon the following reasonable explanation of the need for additional time, within the personal knowledge of Gabriel Price, the attorney signing this motion, namely:

The State of Texas moves this court to allow an extension of thirty (30) days to file its Brief. The State's Brief was due on January 7, 2015. The State's attorney has been occupied preparing other briefs including, *State v. Kussmaul*, No. 10-14-00333-CR, due January 12, 2015, *State v. Long*, No. 10-14-00330-CR, due January 12, 2015, *State v. Pitts*, No. 10-14-00332-CR, due January 12, 2015, *State v. Shelton*, No. 10-14-00331-CR, due January 12, 2015, (the above four cases dealing with a post-conviction DNA State's appeal), *Kirven v. State*, No. 10-13-00294-CR, filed January 12, 2015, *Reid v. State*, No. 10-14-107-CR, filed December 28, 2014. Additionally, one of the State's attorneys assigned to the appellate division has just returned from an extended leave under FMLA. The additional time sought is not sought frivolously or for delay, but will be of genuine assistance in preparing the State's brief.

**The State requests that the new deadline for filing of the State's Brief be February 6, 2015.** This is the State's first request for an extension for filing of its brief in this cause.

The additional time sought is not sought frivolously or for delay.

For the foregoing reasons, the State prays that the Court grant this Motion and modify and extend the deadline for filing the State's brief to **February 6, 2015** or that this Court grant such additional time as is just and proper.

Respectfully Submitted:
**ABELINO 'ABEL' REYNA**
Criminal District Attorney
McLennan County, Texas

/s/ Gabriel Price
**GABRIEL PRICE**
Appellate Division
219 North 6th Street, Suite 200
Waco, Texas 76701
[Tel.] (254) 757-5084
[Fax] (254) 757-5021
[Email]
gabe.price@co.mclennan.tx.us
State Bar No. 24068071

**CERTIFICATE OF SERVICE**

I certify that I caused to be served a true and correct copy of this motion by electronic service or email on counsel for Appellant.

DATE: 1/12/15

/s/ GABRIEL PRICE
GABRIEL PRICE